PEOPLE V DESHAWN STARKS, No. 151577; Court of Appeals No. 324220. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we remand this case to the Wayne Circuit Court to determine whether the court would have imposed a materially different sentence under the sentencing procedure described in *People v Lockridge*, 498 Mich 358 (2015). On remand, the trial court shall follow the procedure described in Part VI of our opinion. If the trial court determines that it would not have imposed the same sentence absent the unconstitutional constraint on its discretion, it shall resentence the defendant. We leave intact the remand ordered by the Court of Appeals. With regard to the defendant's challenge to costs, leave to appeal is denied, because we are not persuaded that the question presented should be reviewed by this Court prior to the completion of the proceedings ordered by the Court of Appeals. In all other respects, leave to appeal is denied because we are

not persuaded that the remaining question presented should be reviewed by this Court. We do not retain jurisdiction.